In the Matter of REVORG REALTY COMPANY, INC., Appellant, *v.* WILLIAM E. WALSH et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.

(Submitted June 10, 1929; decided June 13, 1929.)

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 251 N. Y. 516.)